

# Fourth Court of Appeals
## San Antonio, Texas

January 17, 2024

No. 04-23-00832-CV

**ENVIRONMENTAL INDUSTRIAL SERVICES GROUP, INC.** d/b/a EISG, Inc., Barry Esene, and Ruthie Esene,
Appellants

v.

**HOLT TEXAS LTD**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-13443
Honorable Christine Vasquez-Hortick, Judge Presiding

**ORDER**

In accordance with the court's opinion on this date, this appeal is DISMISSED FOR WANT OF JURISDICTION. We ORDER appellant to pay the costs of this appeal.

It is so **ORDERED** on January 17, 2024.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of January, 2024.

_____
Michael A. Cruz, Clerk of Court